DEEPAK TRIVEDI, Appellant, v ROBERT GOLUB, Defendant, and FLUSHING HOSPITAL MEDICAL CENTER, Respondent.

Submitted January 14, 2013; decided February 12, 2013

Motion for reargument of motion for leave to appeal denied [*see* 20 NY3d 984 (2012)].

Judge RIVERA taking no part.